No. 4,982.—W. A. MOORE, COUNTY TREASURER, APPELLANT, *v.* NORTHERN PACIFIC RAILWAY CO., RESPONDENT.

*Appeal from District Court, Lewis and Clark County.*

Decided November 26, 1921.

PER CURIAM.—Pursuant to motion of respondent that appeal herein be dismissed for failure of appellant to file transcript within the time prescribed by the rules of this court, the appeal is dismissed.

*Messrs. Gunn, Rasch & Hall,* for Respondent.

---

No. 4,988.—STATE EX REL. MURRAY L. McGREW ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Prohibition to arrest proceedings in the District Court of Chouteau County in a matter arising under the Prohibition Enforcement Act.

Decided December 1, 1921.

PER CURIAM.—Relators' application for a writ of prohibition this day presented is, after due consideration, denied.